UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW GEDDA as Guardian for STEPHEN GEDDA, <br><br> Plaintiff(s), <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant(s). | Case No. 24-cv-10742 <br><br> Honorable Robert J. White |

### ORDER DENYING MOTION TO EXTEND

THIS MATTER having come before the Court upon Defendant, State Farm Mutual Automobile Insurance Company's Motion to Extend, the Court having reviewed the briefs submitted by all counsel, and the Court having entertained oral argument on April 28, 2025, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend BE AND HEREBY IS DENIED for the reasons stated on the record;

**IT IS FURTHER ORDERED** that Defendant is allowed to disclose its forensic accounting report from Nick Mouzarakis until June 1, 2025;

**IT IS FURTHER ORDERED** that Plaintiff is allowed to take the discovery deposition of Defendant's forensic accountant Nick Mouzarakis until July 15, 2025, and to conduct any further discovery relating to Mr. Mouzarakis or any forensic account report until July 15, 2025. Plaintiff is further allowed to obtain and disclose any other experts or expert reports of their own in response to any report or testimony by Mr. Mouzarakis until July 15, 2025.

This is **not** a final order and it does **not** close this case.

SO ORDERED.

Dated: June 9, 2025                     s/Robert J. White                       
                                        Robert J. White
                                        United States District Judge

**STIPULATED TO:**

By: */s/ Stephen J. Hulst (with consent)*    By: */s/ Michael W. Slater*          
    Stephen J. Hulst (P70257)                    Michael W. Slater (P65227)
    Attorneys for Plaintiff                      Attorneys for Defendant

2