UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW GEDDA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 24-cv-10742<br><br>Honorable Robert J. White |

**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO COMPEL THE ATTENDANCE OF AN MCCA REPRESENTATIVE AT THE FINAL PRETRIAL CONFERENCE**

Before the Court is Matthew Gedda's emergency motion to compel the attendance of a representative from the Michigan Catastrophic Claims Association at the final pretrial conference scheduled for tomorrow, **Friday, November 7, 2025 at 3:00 P.M.** (ECF No. 41).

For the reasons stated in the motion, and consistent with the Court's authority to direct the requested relief, *see* E.D. Mich. LR 16.6 ("In cases where an insured party does not have full settlement authority, the court may require an official of the insurer with ultimate settlement authority to attend."); *see also In re La Marre*, 494 F.2d 753, 756 (6th Cir. 1974), it is hereby,

1

2

ORDERED that Gedda's emergency motion to compel the attendance of a representative from the Michigan Catastrophic Claims Association at the final pretrial conference scheduled for tomorrow, **<u>Friday, November 7, 2025 at 3:00 P.M.</u>** (ECF No. 41) is granted. The representative in attendance must have full and ultimate settlement authority.

IT IS FURTHER ORDERED that the final pretrial conference will be conducted virtually; the link to attend the conference shall be provided by the attorney for State Farm to the representative from the Michigan Catastrophic Claims Association.

Dated: November 6, 2025

s/ Robert J. White
Robert J. White
United States District Judge